DAN RAYFIELD
Attorney General
NICHOLAS MANCUSO  #151262
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  nicholas.mancuso@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CEVELINO CAPUIA,<br><br>              Plaintiff,<br><br>       v.<br><br>MIKE A. REAL,<br><br>              Defendant. | Case No.  6:24-cv-01155-SI<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S SUPPLEMENTAL COMPLAINT |

Defendant Mike A. Real, by and through the undersigned, in response to Plaintiff's Supplemental Complaint admit, deny, and allege as follows:

**GENERAL RESPONSE**

Defendant denies each and every allegation of Plaintiff's Supplemental Complaint not expressly admitted herein.

Page 1 -    DEFENDANTS' ANSWER TO PLAINTIFF'S SUPPLEMENTAL COMPLAINT
            NM4/nk1/981485758

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## INTRODUCTION

1.     Paragraph 1 of Plaintiff's Supplemental Complaint is a summary of the claims filed in this action from Plaintiff's perspective. Defendant denies the descriptions of Defendant's conduct but admit the types of allegations filed in Plaintiff's Supplemental Complaint.

## JURISDICTION

2.     Defendant admits the allegations contained in Paragraphs 1-2 of Plaintiff's Supplemental Complaint.

## PARTIES

3.     Defendant admits the allegations contained in Paragraphs 3-5 of Plaintiff's Supplemental Complaint.

## FACTUAL ALLEGATIONS

4.     Defendant is without sufficient knowledge as to the truth of the allegations contained in Paragraphs 6-42 of Plaintiff's Supplemental Complaint and therefore denies same.

5.     Defendant denies the allegations contained in Paragraphs 43-44 of Plaintiff's Supplemental Complaint.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

6.     Defendant incorporates herein the admissions, denials, and allegations set forth above.

7.     Defendant alleges that at all times relevant to Plaintiff's Supplemental Complaint that Plaintiff has not been deprived of any right, privilege, or immunity secured by the United States Constitution, the laws of the United States, or the State of Oregon and therefore fails to state a claim under 42 U.S.C. § 1983. *Daniels v. Williams*, 474 U.S. 327, 333 (1986), and *Davidson v. Cannon*, 474 U.S. 344 (1986).

Page 2 -    DEFENDANTS' ANSWER TO PLAINTIFF'S SUPPLEMENTAL COMPLAINT
           NM4/nk1/981485758

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## SECOND AFFIRMATIVE DEFENSE

(Eleventh Amendment Immunity)

8. Defendant incorporates herein the admissions, denials, and allegations set forth above.

9. Defendant, to the extent he is sued in their official capacity, alleges that he is immune from suit in federal court and protected under Eleventh Amendment immunity.

## THIRD AFFIRMATIVE DEFENSE

(Objective Basis)

10. Defendant incorporates herein the admissions, denials, and allegations set forth above.

11. Defendant had valid, legitimate, objectively reasonable, non-discriminatory and non-retaliatory reasons for all actions taken with respect to Plaintiff, and such actions were not based upon any improper motive or taken for any improper purpose.

## FOURTH AFFIRMATIVE DEFENSE

(PLRA Provisions)

12. Defendant asserts all provisions of the Prison Litigation Reform Act ("PLRA") to Plaintiff' claims.

## RESERVATION OF ADDITIONAL DEFENSES

13. These affirmative defenses are stated without waiving any other defenses that may come to light in the course of this litigation. Defendant reserves the right to amend or supplement his Answer and Affirmative Defenses with additional defenses as those defenses become apparent or available.

## JURY DEMAND

14. Defendant demands a jury trial pursuant to Fed. R. Civ. P. 38(b).

Page 3 -   DEFENDANTS' ANSWER TO PLAINTIFF'S SUPPLEMENTAL COMPLAINT
           NM4/nk1/981485758

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

WHEREFORE, having fully answered Plaintiff's Complaint herein, Defendant prays for a judgment in his favor, for dismissal of Plaintiff's Supplemental Complaint.

DATED January 31, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Nicholas Mancuso*
NICHOLAS MANCUSO #151262
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
nicholas.mancuso@doj.oregon.gov
Of Attorneys for Defendants

Page 4 -   DEFENDANTS' ANSWER TO PLAINTIFF'S SUPPLEMENTAL COMPLAINT
           NM4/nk1/981485758

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on January <u>31</u>, 2025, I served the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S SUPPLEMENTAL COMPLAINT** upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Cevelino Capuia, <br> SID# 16118143 <br> Oregon State Penitentiary <br> 2605 State St. <br> Salem, OR 97310 <br>     *Plaintiff is Pro Se* | \_\_\_ HAND DELIVERY <br> <u> X </u> MAIL DELIVERY <br> \_\_\_ OVERNIGHT MAIL <br> \_\_\_ TELECOPY (FAX) |

                                              <u>*s/ Nicholas Mancuso*</u>
                                              NICHOLAS MANCUSO #151262
                                              Senior Assistant Attorney General
                                              Trial Attorney
                                              Tel (971) 673-1880
                                              Fax (971) 673-5000
                                              nicholas.mancuso@doj.oregon.gov
                                              Of Attorneys for Defendant

Page 1 -  CERTIFICATE OF SERVICE
            NM4/nk1/972059986

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000